IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLAYTON WATTERS, Individually And On Behalf Of Similarly Situated Individuals,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAN-AM WIRELESS, LLC, d/b/a CAN-AM IT SOLUTIONS, a Texas Limited Liability Company,<br><br>　　　　　Defendant. | Case No. 22-CV-00739-SPM |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Stephen P. McGlynn, for consideration of Joint Stipulation of Dismissal with Prejudice (Doc. 34).

**IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation of Voluntary Dismissal and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action, and all claims in the action, shall be **DISMISSED withprejudice,** with each party to bear its own costs and attorney's fees.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: <u>December 6, 2022</u>

　　　　　　　　　　　　　　　　　　MONICA A. STUMP,
　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　　　　By: **s/** *Jackie Muckensturm*
　　　　　　　　　　　　　　　　　　**Deputy Clerk**

APPROVED: **s/** *Stephen P. McGlynn*
　　　　　　　　**STEPHEN P. MCGLYNN**